UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LASTORINA-SNYDER,<br><br>Petitioner,<br><br>v.<br><br>THE SUPERIOR COURT OF CA,<br><br>Respondent. | Case No. 25-cv-07874-TLT<br><br>**ORDER OF DISMISSAL; DENYING CERTIFICATE OF APPEALABILITY** |

Lastorina-Snyder alleges in this petition for writ of habeas corpus transferred to this district by the Middle District of Florida that he is subject to ongoing illegal incarceration and vexatious prosecution in violation of his speedy trial rights and Eighth, Twelfth, and Fourteenth Amendment rights.

The petition appears duplicative of one he filed first in this district, which was assigned case number 25-cv-03732-TLT. The Court has ordered respondent to show cause in case number 25-cv-03732-TLT as to why the petition should not be dismissed. Because it appears from the petition that petitioner is not eligible for relief as this petition is duplicative, the petition is dismissed. See 28 U.S. Code § 2243.

The Court concludes that no "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability is denied.

//

//

1   The Clerk shall terminate all pending motions and close the file.

2   **IT IS SO ORDERED.**

3   Dated: September 18, 2025

_____
TRINA L. THOMPSON
United States District Judge